IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
JASHUA COLLAZO-OVIEDO
Defendant

CRIMINAL 13-0348CCC

**ORDER**

Having considered the Report and Recommendation filed on October 29, 2013 (**docket entry 33**) on a Rule 11 proceeding of defendant Jashua Collazo-Oviedo before U.S. Magistrate Judge Silvia Carreño-Coll on October 28, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 28, 2013. The **sentencing hearing is set for February 5, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 15, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge